# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| EDWARD YOHN, | : | No. 72 WM 2015 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| MICHAEL D. OVERMYER, | : | |
| SUPERINTENDENT OF SCI FOREST, | : | |
| KATHLEEN KANE, ATTORNEY | : | |
| GENERAL, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

AND NOW, this 13th day of November, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.